1  RENE L. VALLADARES
   Federal Public Defender
2  Nevada State Bar No. 11479
   RAQUEL LAZO
3  Assistant Federal Public Defender
   Nevada State Bar No. 8540
4  411 E. Bonneville, Ste. 250
   Las Vegas, Nevada 89101
5  (702) 388-6577/Phone
   (702) 388-6261/Fax
6  Raquel_Lazo@fd.org

7  Attorney for Yulian Cruz Santa Cruz

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>YULIAN CRUZ SANTA CRUZ,<br><br>  Defendant. | Case No. 2:18-cr-372-APG-GWF<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Simon Fanzong Kung, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Yulian Cruz Santa Cruz, that the Revocation Hearing currently scheduled on December 18, 2019 at 10:30 am, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel just learned that Mr. Santa-Cruz was released to ICE custody following his release on this case. Because Mr. Santa-Cruz is a Cuban national and cannot be

deported, it is anticipated that he will eventually be released on an Order of Supervision. However, it is not known how long it will take before he is released.[1]

2. Defense counsel will need time following Mr. Santa-Cruz' release to meet with him to discuss and review the violations alleged in the petition, some of which include new law violations.

3. The defendant is not in custody on this case, but he is in immigration custody.

4. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 10th day of December, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Simon Fanzong Kung*<br>By_____<br>SIMON FANZONG KUNG<br>Assistant United States Attorney |

---

[1] Last time Mr. Santa-Cruz was taken into ICE custody (following his January 12, 2018 release from BOP), he was detained for approximately 9 months.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-372-APG-GWF |
| Plaintiff, | **ORDER** |
| v. | |
| YULIAN CRUZ SANTA CRUZ, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, December 18, 2019 at 10:30 a.m., be vacated and continued to January 23, 2020 at the hour of 9:30 a.m. in courtroom 6C; or to a time and date convenient to the court.

DATED this 11th day of December, 2019.

_____
UNITED STATES DISTRICT JUDGE