# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00372-APG-GWF-1 |
| Plaintiff, | **ORDER** |
| v. | |
| YULIAN CRUZ SANTA CRUZ, | |
| Defendant. | |

On January 23, 2020, I held a hearing on the Probation Office's allegations that defendant Yulian Cruz Santa Cruz violated the conditions of his supervised release. At the hearing, the Assistant United States Attorney, Probation Officer, and defense counsel jointly requested that I hold the petition in abeyance and order Mr. Santa Cruz continued on all previously imposed conditions of release with the following modifications:

1. No Excess Alcohol - You must not use or possess alcohol to excess.

2. Anger Management - You must participate in an anger management program that has to be approved by the Probation Office. You must pay the costs of the program based upon your ability to do so as determined by the Probation Office.

Accordingly, I HEREBY ORDER that Mr. Santa Cruz is continued on supervision with the previously imposed conditions plus the two above new conditions.

DATED this 14th day of April, 2020, *nunc pro tunc* to January 23, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE